# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF TENNESSEE
# WESTERN DIVISION

| | | |
|---|---|---|
| TERRY VICKERS, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | No. 04-2427-Ml An |
| | ) | |
| CITY OF MEMPHIS, MEMPHIS FIRE DEPARTMENT, and MIKE LAMBERT, Individually and in his official capacity, and EDDIE MORGAN, Individually, | ) ) ) ) ) | |
| Defendants. | ) | |

## ORDER OF DISMISSAL WITH PREJUDICE

Pursuant to the parties' Stipulation of Dismissal with Prejudice, through which they represented that they have stipulated to the dismissal of all claims before this Court, with each party to bear its own costs,

IT IS, THEREFORE, ORDERED, ADJUDGED AND DECREED that this cause is hereby dismissed with prejudice, each party to bear its own costs.

_____
United States District Judge

Date: _____

This document entered on the docket sheet in compliance with Rule 58 and/or 79(a) FRCP on 5-20-05



UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 25 in case 2:04-CV-02427 was distributed by fax, mail, or direct printing on May 20, 2005 to the parties listed.

---

Darrell J. O'Neal
LAW OFFICE OF DARRELL J. O'NEAL
2129 Winchester
Memphis, TN 38116

Louis P. Britt
FORD & HARRISON, LLP- Ridge Lake Blvd.
795 Ridge Lake Blvd.
Ste. 300
Memphis, TN 38120

Honorable Jon McCalla
US DISTRICT COURT