FILED BY _____ C.C.

05 MAY 18 PM 3:32

ROBERT R. DI TROLIO
CLERK, U.S. DIST. CT.
W.D. OF TN, MEMPHIS

UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF TENNESSEE
## WESTERN DIVISION

| | |
|---|---|
| TERRY VICKERS | **JUDGMENT IN A CIVIL CASE** |
| VS | |
| CITY OF MEMPHIS, MEMPHIS FIRE DEPARTMENT, MIKE LAMBERT, and EDDIE MORGAN. | CASE NO: 04-2427 Ml/An |

This action having been dismissed by the parties:

**IT IS SO ORDERED AND ADJUDGED** that, in accordance with the Order of Dismissal filed May 18, 2005, this case is DISMISSED with prejudice with each party to bear its own costs.

APPROVED:

_/s/ Jon P. McCalla_
JON PHIPPS MCCALLA
UNITED STATES DISTRICT COURT

May 18, 2005
Date

ROBERT R. DI TROLIO
Clerk of Court

_/s/ Judy Easley_
(By) Deputy Clerk

This document entered on the docket sheet in compliance
with Rule 58 and/or 79(a) FRCP on 5-20-05

26

UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 26 in case 2:04-CV-02427 was distributed by fax, mail, or direct printing on May 20, 2005 to the parties listed.

---

Louis P. Britt
FORD & HARRISON, LLP- Ridge Lake Blvd.
795 Ridge Lake Blvd.
Ste. 300
Memphis, TN 38120

Darrell J. O'Neal
LAW OFFICE OF DARRELL J. O'NEAL
2129 Winchester
Memphis, TN 38116

Honorable Jon McCalla
US DISTRICT COURT